**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-53382 | | Trustee Name: | Brent A. Stubbins |
| Case Name: | COEN, II, DONALD AND COEN, BOBBI JO | | Date Filed (f) or Converted (c): | 09/29/2023 (f) |
| For the Period Ending: | 11/9/2023 | | §341(a) Meeting Date: | 10/31/2023 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2021 Jeep Compass Mileage: 27,000 Other Information: Value per NADA | $24,980.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Chevy Model: Silverado Year: 2014 Mileage: 93000 Other Information: Value per NADA | $17,400.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods and Furnishings Debtor's Possession | $2,100.00 | $0.00 | | $0.00 | FA |
| 4 | Wearing Apparel Debtor's Possession | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Account Day Force Bank | $23.00 | $0.00 | | $0.00 | FA |
| 6 | Checking Account Cash App | $320.00 | $0.00 | | $0.00 | FA |
| 7 | 401(k) 401(k) through current employer | Unknown | $0.00 | | $0.00 | FA |
| 8 | 2023 Tax Refund | Unknown | $0.00 | | $0.00 | FA |
| 9 | Tires | $400.00 | $0.00 | | $0.00 | FA |
| 10 | Tires, laptop, washer/dryer. | $250.00 | $0.00 | | $0.00 | FA |
| 11 | Lendmark | $1,817.00 | $1,817.00 | | $0.00 | $1,817.00 |

**TOTALS (Excluding unknown value)**

| | $47,690.00 | $1,817.00 | | $0.00 | **Gross Value of Remaining Assets** $1,817.00 |

Initial Projected Date Of Final Report (TFR):   08/30/2024        Current Projected Date Of Final Report (TFR):   10/04/2024        /s/ BRENT A. STUBBINS
                                                                                                                                 BRENT A. STUBBINS